

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-12-00149-CR & 01-12-00150-CR

Trial Court Cause
Number:     1309786 & 1309787

Style:     Glen Tate

     **v** The State of Texas

Date motion filed[*]:     February 15, 2013

Type of motion:     Motion to Abate Appeal

Party filing motion:     Appellant (acting pro se)

Document to be filed:     N/A

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐  Granted

     If document is to be filed, document due: _____

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other: _____

Judge's signature: /s/ Evelyn Keyes
     ☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: April 30, 2013